# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| DAVID GOULD, | * |
| Movant, | * CIVIL ACTION NO.: 2:18-cv-46 |
| v. | * |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 44. Respondent filed Objections to the Report and Recommendation, dkt. no. 45, to which Movant David Gould ("Gould") filed a Response, dkt. no. 52.

In its Objections, Respondent asserts there is nothing left to appeal in Gould's 28 U.S.C. § 2255 proceeding, and he should not be allowed additional time to file a notice of appeal in this civil case.[1] Dkt. No. 45, p. 1. Respondent asserts it would be prejudiced by this reopening because it would have to

---

[1] Respondent recognizes the reopening of an appeals period is discretionary. Dkt. No. 45, pp. 5-6. In his Response, Gould makes assertions which are largely related to his Motion to Compel. Dkt. No. 52.

AO 72A
(Rev. 8/82)

litigate the motion to compel in both Gould's civil and criminal cases. Id. at p. 9. Respondent does not object to the recommendation that the Court vacate the portion of its Order denying as moot Gould's Motion to Compel in his criminal case, as this issue is fully briefed. Id. at p. 1.

While the Court understands Respondent's Objections, it also recognizes the Eleventh Circuit Court of Appeals remanded Gould's appeal in his civil case "for the limited purpose of determining whether [he] is entitled to a reopening of the appeal period" in his civil case. Dkt. No. 30, pp. 1-2. It may come to be that Gould, though entitled to an expanded appeals period in his civil case, will opt to voluntarily dismiss his appeal in his civil case or that his appeal is without merit; however, these issues are not before any court at this time. In addition, if this Court were not to allow an extended appeals period in this civil case, which is the only issue before this Court at this time, the Court could run afoul of the Eleventh Circuit's directives. Accordingly, the Court **OVERRULES** Respondent's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **FINDS** Gould is entitled to the re-opening of his appeals period in his civil case and **RETURNS** this case to the Eleventh Circuit Court of Appeals for consideration. Additionally, in Gould's criminal case, the Court **GRANTS** Gould's Motion to Clarify and

AO 72A
(Rev. 8/82)

**VACATES** the portion of its January 14, 2019 Order denying Gould's Motion to Compel in his criminal case, Crim. Dkt. No. 77. The Court addresses Gould's Motion to Compel in his criminal case by separate Order, as the issue has already been fully briefed and is ripe for review.

**SO ORDERED**, this 3d day of March, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)